# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-2556

**Motion for:** Postpone and Reschedule Oral Argument

**Caption [use short title]**

MARIBEL MOSES (Plaintiff-Appellee) v. THE NEW YORK TIMES COMPANY (Defendant-Appellee) v. Eric Alan Isaacson (Appellant)

Set forth below precise, complete statement of relief sought:

Plaintiff-Appellee moves to postpone and reschedule oral argument, currently set for Dec. 7, 2022, due to scheduling conflicts constituting extraordinary circumstances.

**MOVING PARTY:** Maribel Moses  
**OPPOSING PARTY:** Eric Alan Isaacson

[ ] Plaintiff  [ ] Defendant  
[ ] Appellant/Petitioner  [✓] Appellee/Respondent

**MOVING ATTORNEY:** Frederick J. Klorczyk III  
**OPPOSING ATTORNEY:** Eric Alan Isaacson

[name of attorney, with firm, address, phone number and e-mail]

Frederick J. Klorczyk III, Bursor & Fisher, P.A., 888 Seventh Ave., New York, NY 10019, (646) 837-7150, fklorczyk@bursor.com

Law Office of Eric Alan Isaacson, 6580 Avenida Mirola, La Jolla, CA 92037, (858) 263-9581, ericalanisaacson@icloud.com

**Court- Judge/ Agency appealed from:** S.D.N.Y. - Hon. Ronnie Abrams

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):  
[✓] Yes  [ ] No (explain):

Opposing counsel's position on motion:  
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:  
[ ] Yes  [✓] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [ ] No  
Has this relief been previously sought in this court? [ ] Yes [ ] No  
Requested return date and explanation of emergency:

Is oral argument on motion requested? [ ] Yes [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [✓] Yes [ ] No  If yes, enter date: December 7, 2022

**Signature of Moving Attorney:**

/s/ Frederick J. Klorczyk III  **Date:** October 26, 2022  **Service by:** [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 21-2556

(SDNY Docket No.: 1:20-cv-04658-RA)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

MARIBEL MOSES,
on behalf of herself and all others similarly situated,

*Plaintiff-Appellee,*

v.

THE NEW YORK TIMES COMPANY, d/b/a The New York Times,

*Defendant-Appellee*;

ERIC ALAN ISAACSON,

*Appellant.*

Appeal from the United States District Court
For the Southern District of New York, No. 1:20-cv-04658-RA
Hon. Ronnie Abrams

**UNOPPOSED MOTION TO POSTPONE AND RESCHEDULE ORAL ARGUMENT**

| | |
|---|---|
| Frederick J. Klorczyk III | Neal J. Deckant |
| **BURSOR & FISHER, P.A.** | **BURSOR & FISHER, P.A.** |
| 888 Seventh Avenue | 1990 North California Blvd., Suite 940 |
| New York, NY 10019 | Walnut Creek, CA 94596 |
| Telephone: (646) 837-7150 | Telephone: (925) 300-4455 |
| fklorczyk@bursor.com | ndeckant@bursor.com |

*Attorneys for Plaintiff-Appellee*

**I.      INTRODUCTION**

Pursuant to Federal Rule of Appellate Procedure ("FRAP") 34(b) and Local Rule 34.1(e), Plaintiff-Appellee Maribel Moses ("Plaintiff") hereby respectfully moves to postpone and reschedule oral argument in this matter due to scheduling conflicts affecting Plaintiff's Counsel, which resulted from extraordinary circumstances as described below.  Oral argument is currently scheduled for December 7, 2022.  Plaintiff requests that the December 7 hearing be rescheduled to sometime in February 2023, or the next available date on the Court's oral argument calendar.  This motion is unopposed.

**II.     ARGUMENT**

On October 10, 2022, the Court issued a notice scheduling oral argument in the above captioned matter for December 7, 2022, which Plaintiff now seeks to continue.  FRAP 34 governs oral argument on appeal and provides, in relevant part, that "[a] motion to postpone the argument or allow longer argument must be filed reasonably in advance of the hearing date."  Fed. R. App. P. 34(b)(1).  Further, Local Rule 34.1(e) states that the day assigned for hearing may be changed "only by order of the court on a showing of extraordinary circumstances."  L.R. 34.1(e).  Pursuant to FRAP 34(b) and Local Rule 34.1(e), Plaintiff now seeks to reschedule the hearing currently set for December 7, 2022, due to two scheduling conflicts affecting the undersigned counsel for Plaintiff and the

1

certified Class, Frederick J. Klorczyk III and Neal J. Deckant, each of which constitutes an "extraordinary circumstance[]," L.R. 34.1(e), supporting the relief requested by the instant motion. For these reasons, as will be explained in detail below, and because Plaintiff's instant request is made well in advance of the hearing date, *see* FRAP 34(b), this Court should grant Plaintiff's motion to postpone and reschedule oral argument.

    First, on the date currently set for oral argument in this matter, all attorneys from Bursor & Fisher, P.A. (the "Firm"), including Mr. Klorczyk and Mr. Deckant, are planning to attend the Firm's mandatory year-end functions, which are scheduled to take place from December 7, 2022, through December 11, 2022. These functions were scheduled several months ago, their costs are nonrefundable, and, as a matter of internal firm policy, attendance is mandatory for all attorneys of the Firm. Among other items, Mr. Klorczyk and Mr. Deckant are scheduled to attend year-end employee reviews, presentations on major litigation events during the prior year, and partner planning meetings for the coming year.

    Second, Mr. Klorczyk, who is acting as lead attorney for Plaintiff and the certified Class and is one of two partners from the Firm staffed to this matter, is currently preparing for the birth of his first child, who is due to be born in late November 2022. Accordingly, Mr. Klorczyk is planning to be out of the office on paternity leave on the day currently set for oral argument.

In addition, Plaintiff's motion requests postponement more than 41 days in advance of the hearing date at issue. It is therefore "filed reasonably in advance of the hearing date," as the Federal Rules require. Fed. R. App. P. 34(b)(1). Finally, before filing the instant motion, Plaintiff's Counsel reached out to counsel for Defendant-Appellee The New York Times Company ("NYT") and to Objector-Appellant Eric Alan Isaacson ("Isaacson") regarding Plaintiff's scheduling conflicts, and neither party opposes Plaintiff's request for postponement. In particular, counsel for NYT agrees that the rescheduled oral argument should take place sometime in February 2023, as NYT's counsel is largely unavailable in January 2023 due to a lengthy trial and other case commitments.

Thus, the requested relief is appropriate.

### III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully request that oral argument in this matter, currently set for December 7, 2022, be postponed to sometime in February 2023, or the next available hearing date on the Court's oral argument calendar.

Dated: October 26, 2022 Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:     */s/ Frederick J. Klorczyk III*

Frederick J. Klorczyk III
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: fklorczyk@bursor.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ndeckant@bursor.com

*Class Counsel*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2022, I am electronically filing the foregoing brief with the Clerk of the United States Court of Appeals for the Second Circuit using the CM/ECF system, which will provide notification of such filing to all parties and their counsel who are ECF-registered filers.

Dated: October 26, 2022

                                                */s/ Frederick J. Klorczyk III*
                                                  Frederick J. Klorczyk III